# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>STU SHERMAN,<br><br>    Defendant. | 1:18-cv-01074-DAD-GSA-PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 15.) |

Gregory L. Fletcher ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2020, Plaintiff filed a motion for release due to the coronavirus pandemic. (ECF No. 15.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on April 20, 2020, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

    Dated:   **April 21, 2020**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE