UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>            Plaintiff,<br><br>    vs.<br><br>STU SHERMAN,<br><br>            Defendant. | 1:18-cv-01074-DAD-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER ISSUED ON MAY 8, 2020**<br>**(ECF No. 18.)**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS** |

Gregory L. Fletcher ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2018, Plaintiff filed the Complaint commencing this action at the United States District Court for the Northern District of California. (ECF No. 1.) On August 10, 2018, the case was transferred to this court. (ECF No. 6.)  On August 18, 2018, the court granted Plaintiff's application to proceed *in forma pauperis*.  (ECF No. 7.)

On October 9, 2018, the court entered findings and recommendations, recommending that Plaintiff's *in forma pauperis* status be revoked under 28 U.S.C. § 1915(g), and that Plaintiff be required to pay the $400.00 filing fee in full for this case.  (ECF No. 9.)  On May 8, 2020, the district court adopted the findings and recommendations, revoked Plaintiff's *in forma pauperis* status, and ordered Plaintiff to pay the filing fee within thirty days.  (ECF No. 18.)

1

The thirty-day time period has passed and Plaintiff has not paid the filing fee or otherwise responded to the court's May 8, 2020 order.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, without prejudice, based on Plaintiff's failure to comply with the court's order issued on May 8, 2020; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 27, 2020**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE