UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>STU SHERMAN, *Warden*,<br><br>Defendant. | No.  1:18-cv-01074-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PAY THE REQUIRED FILING FEE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 19) |

Plaintiff Gregory L. Fletcher is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2020, the court issued an order revoking plaintiff's *in forma pauperis* status and directing him to pay the required filing fee within thirty days of service of that order.  (Doc. No. 18.)  The allotted thirty days passed, and plaintiff did not pay the required filing fee, or otherwise communicated with the court.  Accordingly, on June 29, 2020, the assigned magistrate judge issued the pending findings and recommendations, recommending dismissal of this action due to plaintiff's failure to pay the required filing fee and failure to obey a court order.  (Doc. No. 19.)  The findings and recommendations contained notice that any objections thereto were to be

filed within fourteen days of service.  (*Id.* at 2.)  To date, no objections have been filed, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The June 29, 2020 findings and recommendations (Doc. No. 19) are adopted in full;
2. This case is dismissed without prejudice due to plaintiff's failure to pay the required $400.00 filing fee and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 3, 2020**

_____
UNITED STATES DISTRICT JUDGE